[No. 50667-6-I.   Division One.   June 30, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHELLE BOGART, APPELLANT.

Appeal from a judgment of the Superior Court for Whatcom County, No. 01-1-01338-9, Michael F. Moynihan, J., entered June 25, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 50724-9-I.   Division One.   June 30, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT VERA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-8-01404-8, LeRoy McCullough, J., entered June 2, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 50749-4-I.   Division One.   June 30, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. ELIGIO MENDOZA-SILVA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-08864-1, Michael J. Fox, J., and Kenneth Comstock, J. Pro Tem., entered June 14, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 50794-0-I.   Division One.   June 30, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM GERALD BROWN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-01453-1, Jay V. White, J., entered June 28, 2002. *Affirmed* by unpublished per curiam opinion.